UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LEE BLUDER, | ) NO. EDCV 07-00829-SJO (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| MIKE EVANS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 7/9/09.

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE